Mark D. Plevin  (State Bar No. 146278)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California  94104
Telephone:      (202) 580-6640
Email:          mplevin@plevinturner.com

Miranda H. Turner (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C.  20004
Telephone:      (202) 5809-6640
Email:          mturner@plevinturner.com,
jhess@plevinturner.com

Alexander Potente (State Bar No. 208240)
Jason J. Chorley (State Bar No. 263225)
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California  94111
Telephone: (415)_365-9800
Email: alex.potente@clydeco.us,
jason.chorley@clydeco.us

Attorneys for CENTURY INDEMNITY COMPANY, PACIFIC
INDEMNITY COMPANY, and WESTCHESTER FIRE
INSURANCE COMPANY

[additional counsel listed in signature blocks below]

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

THE ROMAN CATHOLIC ARCHBISHOP
OF SAN FRANCISCO,

              Debtor and
              Debtor in Possession.

No. 23-30564

Chapter 11

Judge Montali

**NOTICE OF APPEAL AND
STATEMENT OF ELECTION**

## Part I:  Identify the appellant(s)

    1.      Name(s) of appellant(s):  <u>Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company; St. Paul Fire and Marine Insurance  Company and Travelers Casualty and Surety Company; Continental Casualty Company; Westport Insurance Corporation; Certain Underwriters at</u>

Lloyd's, London, and Certain London Market Insurance Companies;[1] Appalachian Insurance Company.

2.    Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding | For appeals in a bankruptcy case |
|---|---|
| __ Plaintiff | __ Debtor |
| __ Defendant | __ Creditor |
| __ Other (describe) _____ | __ Trustee |
| | _X_ Other (describe) Applicants / Parties in Interest |

**Part II:  Identify the subject of this appeal**

1.    Describe the judgment – or the appealable order or decree – from which the appeal is taken:  Order Denying Rule 2004 Application By Certain Insurers, entered on February 27, 2026 (Exhibit A hereto)

2.    State the date in which the judgment – or the appealable order or decree – was entered:  February 27, 2026

**Part III:  Identify the other parties to the appeal**

List the names of all parties to the judgment — or appealable order or decree — from which the appeal is taken and the names, address, and telephone numbers of their attorneys:

| Party | Attorneys |
|---|---|
| The Roman Catholic Archbishop of San Francisco | FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP<br>Paul J. Pascuzzi (ppascuzzi@ffwplaw.com)<br>Jason E. Rios (jrios@ffwplaw.com)<br>500 Capitol Mall, Suite 2250 |

---

[1]    Certain London Market Insurance Companies include Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

| Party | Attorneys |
|---|---|
| | Sacramento, California 95814<br>Telephone: (916) 329-7400<br><br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>Amanda L. Cottrell<br>(acottrell@sheppardmullin.com)<br>Ori Katz (okatz@sheppardmullin.com)<br>Jeannie Kim (jekim@sheppardmullin.com)<br>Alan H. Martin (AMartin@sheppardmullin.com)<br>4 Embarcadero Center, 17th Floor<br>San Francisco, California 94111<br>Telephone: (415) 434-9100 |
| Official Committee of Unsecured Creditors | PACHULSKI STANG ZIEHL & JONES LLP<br>James I. Stang (jstang@pszjlaw.com)<br>Gillian Nicole Brown (gbrown@pszjlaw.com)<br>Debra I. Grassgreen (dgrassgreen@pszjlaw.com)<br>Gail S. Greenwood (ggreenwood@pszjlaw.com)<br>John W. Lucas (jlucas@pszjlaw.com)<br>Brittany Mitchell Michael (bmichael@pszjlaw.com)<br>10100 Santa Monica Boulevard, Suite 1300<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910<br><br>BURNS BAIR LLP<br>Timothy W. Burns (tburns@burnsbair.com)<br>Jesse Bair (jbair@burnsbair.com)<br>Brian P. Cawley (bcawley@burnsbair.com)<br>10 East Doty Street, Suite 600<br>Madison, Wisconsin 53703<br>Telephone: (608) 286-2808 |
| Westport Insurance Corporation f/k/a Employers Reinsurance Corporation | SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC<br>Blaise S. Curet (bcuret@spcclaw.com)<br>2001 Addison Street, Suite 110<br>Berkeley, California  94704<br>Telephone: (415) 352-6200<br><br>LAW OFFICE OF ROBIN D. CRAIG<br>Robin D. Craig (rdcraig@rcraiglaw.com)<br>6114 La Salle Ave., No. 517<br>Oakland, California 94611<br>Telephone: (510) 549-3310<br><br>PARKER, HUDSON, RAINER & DOBBS LLP<br>Harris B. Winsberg (hwinsberg@phrd.com) |

| Party | Attorneys |
|---|---|
| | Matthew M. Weiss (mweiss@phrd.com) Matthew G. Roberts (mroberts@phrd.com) 303 Peachtree Street NE, Suite 3600 Atlanta, Georgia  30308 Telephone: (404) 523-5300<br><br>PARKER, HUDSON, RAINER & DOBBS LLP Todd Jacobs (tjacobs@phrd.com) John E. Bucheit (jbucheit@phrd.com) Two N. Riverside Plaza, Suite 1850 Chicago, Illinois  60606 Telephone: (312) 477-3306 |
| Certain Underwriters at Lloyd's London and Certain London Market Companies including Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.). | SKARZYNSKI MARICK & BLACK LLP Jeff D. Kahane (jkahane@skarzynski.com) Russell W. Roten (rroten@skarzynski.com) Nathan Reinhardt (nreinhardt@skarzynski.com) Timothy Evanston (tevanston@skarzynski.com) 333 South Grand Avenue, Suite 3550 Floor Los Angeles, California  90071 Telephone: (213) 721-0650<br><br>CLYDE & CO US LLP Catalina J. Sugayan (catalina.sugayan@clydeco.us) 30 S. Wacker Drive, Suite 2600 Chicago, Illinois  60606 Telephone: (312) 635-7000 |
| St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company | Joshua Haevernick (State Bar No. 308380) DENTONS US LLP 1999 Harrison Street, Suite 1300 Oakland, California 94612 Telephone: (415) 882-5000 Email: joshua.haevernick@dentons.com<br><br>Patrick C. Maxcy (admitted *pro hac vice*) DENTONS US LLP 233 South Wacker Drive, Suite 5900 Chicago, Illinois 60606 Telephone: (312) 876-8000 Email: patrick.maxcy@dentons.com<br><br>Andrew D. Telles Wyatt (State Bar No. 316740) DENTONS US LLP 4675 MacArthur Court, Suite 1250 Newport Beach, California 92660 |

| Party | Attorneys |
|---|---|
| | Telephone: (949) 732-3700<br>Email: andrew.wyatt@dentons.com |
| Appalachian Insurance Company | PARKER, HUDSON, RAINER & DOBBS LLP<br>Harris B. Winsberg (hwinsberg@phrd.com)<br>Matthew M. Weiss (mweiss@phrd.com)<br>Matthew G. Roberts (mroberts@phrd.com)<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, Georgia  30308<br>Telephone: (404) 523-5300<br><br>PARKER, HUDSON, RAINER & DOBBS LLP<br>Todd Jacobs (tjacobs@phrd.com)<br>John E. Bucheit (jbucheit@phrd.com)<br>Two N. Riverside Plaza, Suite 1850<br>Chicago, Illinois  60606<br>Telephone: (312) 477-3306<br><br>ROBINS KAPLAN LLP<br>Christina M. Lincoln (clincoln@robinskaplan.com)<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, California 90067<br>Telephone: (310) 552-0130<br><br>ROBINS KAPLAN LLP<br>Melissa M. D'Alelio (mdalelio@robinskaplan.com)<br>Taylore E. Karpa Schollard<br>(tkarpa@robinskaplan.com)<br>800 Boylston Street, Suite 2500<br>Boston, Massachusetts 02199<br>Telephone: (617) 267-2300 |
| Continental Casualty Company | Mark D. Plevin<br>PLEVIN & TURNER LLP<br>580 California Street, Suite 1200<br>San Francisco, California  94104<br>(202) 580-6640<br>mplevin@plevinturner.com<br><br>Miranda H. Turner (admitted pro hac vice)<br>Jordan A. Hess (admitted pro hac vice)<br>PLEVIN & TURNER LLP<br>1701 Pennsylvania Avenue, N.W., 2d Floor<br>Washington, D.C.  20006<br>(202) 580-6640 |

| Party | Attorneys |
|---|---|
| | mturner@plevinturner.com, jhess@plevinturner.com |
| Aylstock, Witkin, Kreis & Overholtz, PLC Survivor Claimants | S. Mary Liu AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLC sateam@awkolaw.com 17 East Main Street, Suite 200 Pensacola, Florida 32502 Telephone: 850.202.1010 |
| "Certain Survivors" | Joseph George, Jr. Maricar A. Pascual JOSEPH GEORGE, JR. LAW CORPORATION 601 University Avenue, Suite 270 Sacramento, California 95825 Telephone: 916.641.7300 mailbox@psyclaw.com |

## Part IV:  Optional election to have appeal heard by District Court

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

 X  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part V:  Sign below

Dated:  March 13, 2025

By:    /s/ Mark D. Plevin
Mark D. Plevin
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California  94104
(202) 580-6640
mplevin@plevinturner.com

Miranda H. Turner (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., 2d Floor
Washington, D.C.  20006

(202) 580-6640
mturner@plevinturner.com,
jhess@plevinturner.com

Alexander Potente (State Bar No. 208240)
Jason J. Chorley (State Bar No. 263225)
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California  94111
(415) 365-9800
Email:  alex.potente@clydeco.us,
jason.chorley@clydeco.us

*Attorneys for Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America), Pacific Indemnity Company, and Westchester Fire Insurance Company (as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964)*

Joshua Haevernick (State Bar No. 308380)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California  94612
(415) 882-5000
joshua.haevernick@dentons.com

Patrick C. Maxcy (admitted *pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
(312) 876-8000
patrick.maxcy@dentons.com

Andrew D. Telles Wyatt (State Bar No. 316740)
DENTONS US LLP
4675 MacArthur Court, Suite 1250
Newport Beach, California  92660
(949) 732-3700
andrew.wyatt@dentons.com

*Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company*

Mark D. Plevin
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California  94104
(202) 580-6640
mplevin@plevinturner.com

Miranda H. Turner (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., 2d Floor
Washington, D.C.  20006
(202) 580-6640
mturner@plevinturner.com,
jhess@plevinturner.com

*Attorneys for Continental Casualty Company*

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet (bcuret@spcclaw.com)
2001 Addison Street, Suite 110
Berkeley, California  94704
 (415) 352-6200

LAW OFFICE OF ROBIN D. CRAIG
Robin D. Craig (rdcraig@rcraiglaw.com)
6114 La Salle Ave., No. 517
Oakland, California 94611
(510) 549-3310

PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg (hwinsberg@phrd.com)
Matthew M. Weiss (mweiss@phrd.com)
Matthew G. Roberts (mroberts@phrd.com)
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia  30308
(404) 523-5300

PARKER, HUDSON, RAINER & DOBBS LLP
Todd Jacobs (tjacobs@phrd.com)
John E. Bucheit (jbucheit@phrd.com)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois  60606
(312) 477-3306

*Attorneys for Westport Insurance Corporation f/k/a Employers Reinsurance Corporation*

SKARZYNSKI MARICK & BLACK LLP
Jeff D. Kahane (jkahane@skarzynski.com)
Russell W. Roten (rroten@skarzynski.com)
Nathan Reinhardt
(nreinhardt@skarzynski.com)
Timothy Evanston
(tevanston@skarzynski.com)
333 South Grand Avenue, Suite 3550
Los Angeles, California  90071
 (213) 721-0650

CLYDE & CO US LLP
Catalina J. Sugayan
(catalina.sugayan@clydeco.us)
30 S. Wacker Drive, Suite 2600
Chicago, Illinois  60606
(312) 635-7000

*Attorneys for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies[2]*

PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg (hwinsberg@phrd.com)
Matthew M. Weiss (mweiss@phrd.com)
Matthew G. Roberts (mroberts@phrd.com)
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia  30308
(404) 523-5300

PARKER, HUDSON, RAINER & DOBBS LLP
Todd Jacobs (tjacobs@phrd.com)
John E. Bucheit (jbucheit@phrd.com)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois  60606

---

[2]    Certain London Market Insurance Companies include Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

(312) 477-3306

ROBINS KAPLAN LLP
Christina M. Lincoln
(clincoln@robinskaplan.com)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
(310) 552-0130

ROBINS KAPLAN LLP
Melissa M. D'Alelio
(mdalelio@robinskaplan.com)
Taylore E. Karpa Schollard
(tkarpa@robinskaplan.com)
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
(617) 267-2300

*Attorneys for Appalachian Insurance Company*

# EXHIBIT A

Entered on Docket
February 27, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: February 27, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 23-30564-DM |
| THE ROMAN CATHOLIC ARCHBISHOP | ) |
| OF SAN FRANCISCO, | ) Chapter 11 |
| | ) |
| | ) Hearing Held: |
| Debtor. | ) Date:  February 25, 2026 |
| | ) Time:  1:30 PM |
| | ) Via Zoom |
| | ) |
| | ) |

**ORDER DENYING RULE 2004 APPLICATION BY CERTAIN INSURERS**

The court has considered the *Amended Ex Parte Application by Certain Insurers for Entry of an Order Under Rule 2004* (Dkt 1569) (the "Application"), *The Official Committee of Unsecured Creditors' Opposition to Amended Ex Parte Application by Certain Insurers for Entry of an Order Under Rule 2004* (Dkt 1581), the *Statement of No Position of the Debtor Regarding Amended Ex Parte Application by Certain Insurers for Entry of an Order Under Rule 2004* (Dkt 1580), the *Reply in Support of Ex Parte Application by Certain Insurers for Entry of an Order Under Rule 2004* (Dkt 1591) and the arguments of counsel at the hearing on February 25, 2026.  The Application will be DENIED.

-1-

The bankruptcy toolbox contains several tools available for the many tasks bankruptcy courts and the parties appearing before them perform.  Fed. R. Bankr. P. 2004 ("Rule 2004") is one of the most flexible of them to discern facts that may not be readily available to parties when traditional litigation tools (depositions, requests for production, etc.) are not available.  While the scope of Rule 2004 is broad, it should not be utilized absent some bankruptcy purpose.

For quite some time, one of those tools, the ongoing mediation, has been extensively utilized (albeit without success yet but also without failure). In that confidential process, the Debtor, its insurers (the movants here) and the Official Committee of Unsecured Creditors (the "OCC") have exchanged, or have had the opportunity to exchange, the type of information about the survivors and their circumstances movants seek by the Application.

Apart from mediation, all claimants from whom movants seek information via oral or written types of discovery under Rule 2004 have already set forth their individual, very personal information in their proofs of claim, supplements, fact sheets, their individual complaints filed years ago in state courts, or otherwise prior to or during this bankruptcy.  In turn, Debtor has, or has had the opportunity, to utilize these or other traditional methods to obtain, analyze and/or share with their insurers the facts supporting the specifics to support the claimants' contentions.  If Debtor has not shared that information with its insurers, including the movants, that has to have been a tactical or strategic decision their bankruptcy,

-2-

insurance and state court litigation counsel have advised, and it has followed.  The fact that Debtor takes no position on the Application now does not mean the court should permit the movants to employ Rule 2004 for their own purposes or even as a substitute for what Debtor has not done.

Without trying to resolve the clear differences between the movants (and other insurers who may share similar positions) and the OCC about motives and purposes, the court is not persuaded that there is a legitimate bankruptcy purpose to be served were it to grant the Application.

If mediation is unsuccessful, it means that there is no broad, pervasive consensual resolution of this difficult case in prospect.  If the claims objection process is not successful, that would seem to lead to the same unsuccessful result in this bankruptcy case.  That means there would be no more need for any bankruptcy tools.  Any final resolution will have to be accomplished through non-bankruptcy litigation or other non-bankruptcy processes.  The relative rights and remedies for the Debtor, the claimants and the insurers will be dealt without assistance of the bankruptcy system and without access to its toolbox.

Finally, the court rejects the notion, as apparently accepted by at least one out-of-circuit bankruptcy court, that attorneys who sign proofs of claim for their clients become fact witnesses and are proper parties to be examined under Rule 2004.  The only foundational fact such an attorney may have is whether he or she signed the proof of claim.  That is not probative of anything.  Bankruptcy Rule 9011 and 18 U.S.C. §

-3-

Case 23-30564   Doc #1675   Filed 03/27/26   Entered 03/27/26 02:48:01   Page 14 of 16

152((2)-(4) are available tools if an attorney misstates anything about signing the proof of claim, not Rule 2004.

In sum, the court does not believe Rule 2004 should be used when mediation or the claims objection process are still available and are the proper tools to be used.  For all the reasons set forth above, the Application is DENIED.

**END OF ORDER**

-4-

COURT SERVICE LIST

ECF Recipients

-5-