# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RE: THE ROMAN CATHOLIC
ARCHBISHOP OF SAN FRANCISCO,

Case No.  26-cv-02863-AMO

RE: The Roman Catholic Archbishop of San
Francsico
Bankruptcy Case: 23-30564
Adversary No.:
BAP No.:
Appellant: Century Indemnity Co, Pacific
Indemnity and Westchester Fire Insurance
Co, St Paul Fire and Marine Insurance Co
and Travelers Casualty and Surety
Company, Continental  Casualty Co,
Westport Insurance Corp Cetain
Underwriters at lloyds london and Certain
London Market Insurance Companies
Appalachian Insurance Company

The appeal has been assigned to the Honorable Araceli Martinez-Olguin.

Unless the court orders otherwise, parties must comply with the briefing schedule below. Documents filed must comply with the content and form required by Bankruptcy Rules 8014-8018. Upon completion of the briefing, the matter will be set for hearing unless the judge determines that oral argument is unnecessary under the Bankruptcy Local Rules.

| Case management event | Deadline |
| --- | --- |
| Last day to for Appellant to file principal brief | 30 days after notice filed on this District Court's docket that the record is available electronically |
| Last day for Appellee to file principal and response brief (If Appellee has filed a cross-appeal, this brief shall contain both the arguments pertinent to the cross-appeal and the response to the appellant's brief.) | 30 days after service of Appellant's brief |
| Last day for Appellant to file response and reply brief | 30 days after service of Appellee's brief |
| Last day for Appellee to reply brief | 14 days after service of the appellant's response and reply brief (and no later than 7 days before any scheduled argument) |