

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

April 6, 2026

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building &
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**26-cv-02863 AMO**

**Re: Transmission of Document(s) on Appeal:**

**The Roman Catholic Archbishop of San Francisco, Bankruptcy Case No. 23-30564 DM, Judge Montali**

Dear Clerk:

We are transferring the following document(s) to your Court for the above referenced appeal:

- Statement of The Roman Catholic Archbishop of San Francisco's No Position in Response to Certain Insurer's Amended Motion for Leave - dkt. 1674

- The Official Committee of Unsecured Creditors' Opposition to Certain Insurers' Amended Motion for Leave to Appeal from Order Denying Rule 2004 Application - dkt. 1684

If you have any questions, please contact me at **(888) 821-7606**         .

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/Monica Tartaglia*

Monica Tartaglia, Deputy Clerk