Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:    ppascuzzi@ffwplaw.com
          jrios@ffwplaw.com
          tphinney@ffwplaw.com
          mkutsuris@ffwplaw.com

Barron L. Weinstein, State Bar No. 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
Email:  barron.weinstein@blankrome.com

Jeffrey L. Schulman NY Bar No. 3903697
BLANK ROME LLP (*Pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5145
Facsimile: (212) 885-5001
Email: jeffrey.schulman@blankrome.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>       Debtor and<br>       Debtor in Possession. | Case No. 23-30564<br>Chapter 11<br><br>**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S STATEMENT OF NO POSITION IN RESPONSE TO CERTAIN INSURERS' AMENDED MOTION FOR LEAVE (TO THE EXTENT NECESSARY) TO APPEAL FROM ORDER DENYING RULE 2004 APPLICATION BY CERTAIN INSURERS (*to be transmitted to District Court*)[1]** |

The Roman Catholic Archbishop of San Francisco (the "Debtor"), the debtor in possession in the above-captioned chapter 11 case (the "Bankruptcy Case") hereby submits this Statement in response to the Motion and Amended Motion for Leave to Appeal From Order Denying Rule 2004

---

[1]    Upon information and belief, a District Court case has not yet been opened and a case number has not yet been assigned for this appeal or this Motion.  Therefore, the Debtor files this Statement of No Position (the "Statement") in the Bankruptcy Court to preserve its rights with respect to the matters addressed herein.  Upon information and belief, the Bankruptcy Court will transmit the Debtor's Statement to the District Court along with the Motion, and re-filing this Statement in the District Court once a case number is opened will be unnecessary.

CASE No. 23-30564

STATEMENT

Application (the "Motion") filed by Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company, St. Paul Fire and Marine Insurance Company, Travelers Casualty and Surety Company, Westport Insurance Corporation, Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies, and Appalachian Insurance Company (collectively, the "Insurers" or the "Appellants").

Without conceding any facts or legal arguments asserted in the Motion, the Debtor submits that it is not taking a position as to the relief requested for leave to appeal. The Debtor's Statement should not be considered as any assent or agreement to the matters alleged, and all rights to dispute or object to matters alleged are expressly reserved.

Dated: March 30, 2026

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By:   _/s/ Jason E. Rios_
Paul J. Pascuzzi
Jason E. Rios
Thomas R. Phinney
Mikayla E. Kutsuris
Attorneys for The Roman Catholic Archbishop of San Francisco

2