# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

The Roman Catholic Archbishop of
San Francisco

Bankruptcy Case No.:    23-30564 DM

District Court Appeal Case No.:  26-02863 AMO

## CERTIFICATE OF RECORD

The undersigned Clerk of the U.S. Bankruptcy Court hereby certifies the record on appeal is complete and ready for transmission.  The Designation of Content for Record on Appeal and Statement of Issues have been filed.   The status of the transcripts are as follows:

X    Designated transcript(s) have been filed with this Court. Docket #: 1345

No transcripts were requested by Appellant or Appellee.

Other:

Edward Emmons, Clerk
United States Bankruptcy Court

Date: April 14, 2026

By:  /s/Monica Tartaglia

Monica Tartaglia,  Deputy Clerk