**PlnDue, DsclsDue, CLMAGT, APPEAL**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
## Bankruptcy Petition #: 23–30564

*Date filed:* 08/21/2023
*341 meeting:* 10/12/2023

*Assigned to:* Judge Dennis Montali
Chapter 11
Voluntary
Asset

| | | |
|---|---|---|
| ***Debtor***<br>**The Roman Catholic Archbishop of San Francisco**<br>One Peter Yorke Way<br>San Francisco, CA 94109<br>SAN FRANCISCO–CA<br>Tax ID / EIN: 94–1156707 | represented by | **Amanda L. Cottrell**<br>Sheppard Mullin Richter & Hampton LLP<br>2200 Ross Avenue<br>20th Floor<br>Dallas, TX 75201<br>469–391–7432<br>Email: acottrell@sheppardmullin.com<br><br>**Ori Katz**<br>Sheppard, Mullin, Richter and Hampton<br>4 Embarcadero Center 17th Fl.<br>San Francisco, CA 94111<br>(415)434–9100<br>Email: okatz@sheppardmullin.com<br><br>**Jeannie Kim**<br>Sheppard Mullin Richter Hampton LLP<br>4 Embarcadero Center 17th Fl<br>San Francisco, CA 94111<br>415–434–9100<br>Email: jkim@go2.law<br><br>**Alan H. Martin**<br>Sheppard, Mullin, Richter & Hampton LLP<br>650 Town Center Drive, 10th Floor<br>Costa Mesa, CA 92626–1993<br>714–513–5100<br>Fax : 714–513–5130<br>Email: AMartin@sheppardmullin.com<br><br>**Paul J. Pascuzzi**<br>Felderstein Fitzgerald et al LLP<br>500 Capitol Mall #2250<br>Sacramento, CA 95814<br>(916) 329–7400<br>Email: ppascuzzi@ffwplaw.com<br><br>**Jason E. Rios**<br>Felderstein, Fitzgerald et al<br>400 Capitol Mall #1750<br>Sacramento, CA 95814<br>(916) 329–7400<br>Email: jrios@ffwplaw.com |

**Jeffrey Schulman**
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
212–885–5145
Email: jeffrey.schulman@blankrome.com

*Responsible Ind*
**Fr. Patrick Summerhays**
The Roman Catholic Archbishop of SF
One Peter York Way
San Francisco, CA 94109
415–614–5500

*Trustee*
**Not Assigned – SF**

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05–0153
San Francisco, CA 94102
(415)705–3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7–500
Sacramento, CA 95814
(916) 930–2076
Email: jason.blumberg@usdoj.gov

**Jared A. Day**
Office of the U.S. Trustee
300 Booth St. #3009
Reno, NV 89509
(775) 784–5335
Email: jared.a.day@usdoj.gov

**Trevor Ross Fehr**
Office of the U.S. Trustee
501 I Street, Suite 7–500
Sacramento, CA 95814
(408) 535–5525
Email: trevor.fehr@usdoj.gov

**Christina Lauren Goebelsmann**
Department of Justice
450 Golden Gate Ave.
5th Floor
Ste 05–0153
San Francisco, CA 94102
415–705–3365
Email: cgoebelsmann@hudsonmartin.com
*TERMINATED: 04/23/2025*

**Deanna K. Hazelton**
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
559–487–5588
Email: deanna.k.hazelton@usdoj.gov

**Gregory S. Powell**
U.S. Department Justice
Office of the U.S. Trustee
2500 Tulare St., #1401
Fresno, CA 93721
(559) 487–5002 ext. 225

Email: greg.powell@usdoj.gov

**Phillip John Shine**
DOJ–Ust
280 South First St.
Suite 268
San Jose, CA 95113
(408) 535–5525
Fax : (408) 535–5532
Email: phillip.shine@usdoj.gov

*Creditor Committee*                          represented by **Jesse Bair**
**The Official Committee of Unsecured**                    Burns Bair LLP
**Creditors,** *The Official Committee of*                 10 E. Doty Street
*Unsecured Creditors*                                      Suite 600
Pachulski Stang Ziehl & Jones LLP                          Madison, WI 53703
One Sansome Street                                         608–286–2840
34th Floor, Suite 3430                                     Email: jbair@burnsbair.com
San Francisco, CA 94104–4436

**Gillian Nicole Brown**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Ste 13th Floor
Los Angeles, CA 90067
310–277–6910
Fax : 310–201–0760
Email: gbrown@pszjlaw.com

**Timothy W. Burns**
Burns Bair LLP
10 E. Doty Street
Suite 600
Madison, WI 53703
608–286–2808
Email: tburns@burnsbair.com

**Brian P Cawley**
Burns Bair LLP
10 E. Doty Street
Suite 600
Madison, WI 53703
608–467–0251
Email: bcawley@burnsbair.com

**Debra I. Grassgreen**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104–4436
415–263–7000
Fax : 415–263–7010
Email: dgrassgreen@pszjlaw.com

**Gail S. Greenwood**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104–4436
415–263–7000
Email: ggreenwood@pszjlaw.com

**John William Lucas**

Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104–4436
415–263–7000
Fax : 415–263–7010
Email: jlucas@pszjlaw.com

**Brittany Mitchell Michael**
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
Ste 34th Floor
New York, NY 10017–2024
310–488–8144
Email: bmichael@pszjlaw.com

**James I. Stang**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Ste 1300
Los Angeles, CA 90067
310–277–6910
Fax : 310–201–0760
Email: jstang@pszjlaw.com

*Creditor Committee*                       represented by **Jesse Bair**
**Official Committee Of Unsecured**              (See above for address)
**Creditors,** *Attorneys for the Official*
*Committee of Unsecured Creditors*            **Gillian Nicole Brown**
PACHULSKI STANG ZIEHL & JONES LLP             (See above for address)
One Sansome Street, 34th Floor
Suite 3430                                    **Gail S. Greenwood**
San Francisco, CA 94104                       (See above for address)
United States
4152037166                                    **Brittany Mitchell Michael**
                                              (See above for address)

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 03/27/2026 | | 1671 | Appellant Designation of Contents For Inclusion in Record On Appeal *and Statement of Issues on Appeal* (RE: related document(s)1650 Notice of Appeal and Statement of Election filed by Interested Party St. Paul Fire and Marine Insurance Co., Interested Party Continental Casualty Company, Interested Party Pacific Indemnity Company, Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies, Interested Party Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, Interested Party Century Indemnity Company, Interested Party Westchester Fire Insurance Company, Interested Party Appalachian Insurance Company, Interested Party Travelers Casualty and Surety Company). Appellee designation due by 04/13/2026. Filed by Interested Partys Appalachian Insurance Company, Century Indemnity Company, Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies, Continental Casualty Company, Pacific Indemnity Company, St. Paul Fire and Marine Insurance Co., Travelers Casualty and Surety Company Westchester Fire Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation (Plevin, Mark)Modified on 3/30/2026 (myt). (Entered: 03/27/2026) |
| 04/10/2026 | | 1708 | *Counter–Designation of the Record and Statement Filed by Appellee the Roman Catholic Archbishop of San Francisco.* (RE: related |

| | | | document(s)<u>1650</u> Notice of Appeal and Statement of Election, <u>1671</u> Appellant Designation). Filed by Debtor The Roman Catholic Archbishop of San Francisco (Pascuzzi, Paul)Modified on 4/14/2026 (myt). (Entered: 04/10/2026) |
|---|---|---|---|

Mark D. Plevin  (State Bar No. 146278)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California  94104
Telephone:    (202) 580-6640
Email:          mplevin@plevinturner.com

Miranda H. Turner (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C.  20004
Telephone:    (202) 5809-6640
Email:          mturner@plevinturner.com,
jhess@plevinturner.com

Alexander Potente (State Bar No. 208240)
Jason J. Chorley (State Bar No. 263225)
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California  94111
Telephone:  (415)_365-9800
Email:  alex.potente@clydeco.us,
jason.chorley@clydeco.us

Attorneys for Century Indemnity Company, Pacific
Indemnity Company, and Westchester Fire
Insurance Company

[additional counsel listed in signature blocks below]

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

In re:

THE ROMAN CATHOLIC ARCHBISHOP
OF SAN FRANCISCO,

        Debtor and
        Debtor in Possession.

No. 23-30564

Chapter 11

Hon. Dennis Montali

**APPELLANTS' (i) STATEMENT OF ISSUES ON APPEAL
AND (ii) DESIGNATION OF RECORD**

Pursuant to Bankruptcy Rule 8009(a)(1), appellants Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company, St. Paul Fire and Marine Insurance Company, Travelers Casualty and Surety Company, Westport Insurance Corporation, Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies, and

Appalachian Insurance Company (collectively, the "Appellants") hereby submit their (i) statement of the issues to be presented on appeal from the Bankruptcy Court's *Order Denying Rule 2004 Application By Certain Insurers*, entered on February 27, 2026  (Dkt. No. 1642) (the "Order") and (ii) designation of the items to be included in the record on appeal:

**I.      Statement of Issues on Appeal**

Appellants hereby identify the following issues to be presented on appeal from the Order:

1.      Did the Bankruptcy Court err in entering the Order, which denied the *Amended Ex Parte Application by Certain Insurers For Entry Of An Order Under Bankruptcy Rule 2004* (Dkt. No. 1569, the "Application")?

2.      Did the Bankruptcy Court err when it denied the Application, which sought authorization to conduct discovery of Claimants and persons who signed proofs of claim and/or supplements thereto, so that Insurers could obtain information needed to support their evaluations of, and provide responses to, the Demand Letters authorized by the Court?

3.      Did the Bankruptcy Court err in concluding that Appellants' Rule 2004 Application served no "legitimate bankruptcy purpose," despite that the Application sought authorization to serve discovery needed to support their evaluations of demands that Appellants pay Debtor's liabilities for sexual abuse claims, which necessarily affects "the debtor's liabilities" and "the administration of the debtor's estate," and is "relevant to the case or to formulating a plan"[1]?

4.      Did the Bankruptcy Court err in concluding that Appellants' Rule 2004 Application served no "legitimate bankruptcy purpose," despite (a) the Bankruptcy Court previously authorizing Demand Letters to be sent outside of the mediation privilege, and/or (b) the Debtor failing to avail itself of the claims objection process?

5.      Did the Bankruptcy Court err in concluding that attorneys who signed their clients' proof of claim forms and optional supplements under penalty of perjury were not proper subjects of Rule 2004 examinations regarding those forms and supplements?

---

[1]      Bankruptcy Rules 2004(b)(1)(B), 2004(b)(1)(C), and 2004(b)(2)(C).

Appellants reserve the right to modify, restate, or supplement the foregoing issues to the fullest extent permitted by the Bankruptcy Code and Rules, and hereby incorporate into the foregoing statement any additional issues identified by other appellants appealing from the Orders.

## II. Designation of Record

Appellants hereby designate the following items to be included in the record on appeal from the Order:

**Items from Main Bankruptcy Case, No. 23-30564**

| Designation No. | Filing Date | Docket No. | Description |
|---|---|---|---|
| 1 | 08/21/2023 | 1 | Chapter 11 Voluntary Petition for The Roman Catholic Archbishop of San Francisco. |
| 2 | 08/21/2023 | 14 | Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions |
| 3 | 08/21/2023 | 15 | Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions |
| 4 | 11/21/2023 | 337 | Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice |
| 5 | 8/14/2024 | 801 | Order Approving Stipulation Clarifying Language in Stipulated Protective Order Dated December 15, 2023 (Dkt. No. 374) |
| 6 | 08/07/2025 | 1285 | Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 7 | 08/07/2025 | 1286 | Notice of Hearing on Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 8 | 08/07/2025 | 1287 | Request to Take Judicial Notice and Supporting Evidence in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 9 | 08/07/2025 | 1288 | Declaration of Fr. Patrick Summerhays in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 10 | 08/15/2025 | 1293 | The Official Committee of Unsecured Creditors' Joinder to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |

| Designation No. | Filing Date | Docket No. | Description |
|---|---|---|---|
| 11 | 08/21/2025 | 1302 | Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 12 | 08/21/2025 | 1303 | Interstate Insurers' and Appalachian's Joinder to Insurers' Objection to Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 13 | 08/26/2025 | 1305 | Notice of Amended Exhibit in Support of Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 14 | 08/28/2025 | 1311 | Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 15 | 08/28/2025 | 1312 | Declaration of Paul J. Pascuzzi in Support of Debtor's Omnibus Reply to Objection to Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 16 | 08/28/2025 | 1315 | The Official Committee of Unsecured Creditor's Reply in Support of the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 17 | 09/02/2025 |  | **DOCKET TEXT ORDER** (no separate order issued:) Granted The court has considered the Motion To Approve Compromise, etc (Dkt 1285), the Objection and Joinder (Dkts 1302 & 1303) and the Replies by Debtor and the OCC (Dkts 1311 & 1315). It is worthy of note that not a single abuse claimant whose action will remain stayed has objected. The motion is well-taken, easily satisfies the A & C test by considering and weighing the factors, as the court does independently here, and represents a needed, good faith settlement of a bona-fide dispute. The objectors, assuming they even have standing, have shown no meaningful prejudice. The OCC did not unilaterally select the test cases. What other courts have done in similar cases is interesting but not controlling. The demand letters, if they even would be prohibited by the automatic stay, which is far from clear, are to some extent pass-throughs from the debtor as a conduit to the insurers, who cannot be surprised or harmed by them. All other objections are OVERRULED and the matter is DROPPED |

| Designation No. | Filing Date | Docket No. | Description |
|---|---|---|---|
|  |  |  | from the **September 4** calendar. The 14-day stay is waived. Debtor should serve and upload an appropriate order GRANTING the motion for the reasons stated in it and in this docket text order. (RE: related document(s)1285 Motion to Approve Document filed by Debtor The Roman Catholic Archbishop of San Francisco) |
| 18 | 09/15/2025 | 1331 | Notice of Fully Executed Stipulation by and Among the Roman Catholic Archbishop of San Francisco, The Official Committee of Unsecured Creditors and The Survivor Defendants |
| 19 | 09/16/2025 | 1341 | Notice of Appeal filed by Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company |
| 20 | 09/16/2025 | 1342 | Insurers' Motion to Stay Pending Appeal filed by Century Indemnity Company, Pacific Indemnity Company, and Westchester Fire Insurance Company |
| 21 | 09/16/2025 | 1343 | Notice of Appeal filed by Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, and Appalachian Insurance Company |
| 22 | 09/16/2025 | 1344 | Notice of Appeal filed by Certain Underwriters at Lloyd's, London and Certain London Market Companies |
| 23 | 09/17/2025 | 1345 | Transcript Regarding Hearing Held September 4, 2025 |
| 24 | 09/17/2025 | 1346 | Order Granting Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay |
| 25 | 09/17/2025 |  | **DOCKET TEXT ORDER** (no separate order issued:) Certain insurers filed a Motion For Stay Pending Appeal (Dkt 1342) on September 16, 2005. Debtor should, and the Official Committee of Unsecured Creditors may, file any opposition to that Motion no later than **September 30, 2025**. No reply should be filed. The court will consider the matter and issue an order or set the matter for hearing, as it deems appropriate |
| 26 | 09/22/2025 | 1349 | Service of Notice of Appeal |

| Designation No. | Filing Date | Docket No. | Description |
|---|---|---|---|
| 27 | 09/22/2025 | 1352 | Service of Notice of Appeal |
| 28 | 09/22/2025 | 1354 | Service of Notice of Appeal |
| 29 | 9/30/2025 | 1363 | The Official Committee of Unsecured Creditors' Opposition to Insurers' Motion for Stay Pending Appeal |
| 30 | 9/30/2025 | 1368 | Debtor's Opposition to Insurers' Motion for Stay Pending Appeal |
| 31 | 10/9/2025 | 1392 | Order Denying Motion for Stay Pending Appeal |
| 32 | 01/21/26 | 1566 | Notice of Hearing on *Ex Parte* Application by Certain Insurers for Entry of an Order under Bankruptcy Rule 2004 |
| 33 | 01/23/26 | 1569 | Amended *Ex Parte* Application by Certain Insurers for Entry of an Order under Bankruptcy Rule 2004 |
| 34 | 01/23/26 | 1570 | Amended Notice of Hearing on *Ex Parte* Application by Certain Insurers for Entry of an Order under Bankruptcy Rule 2004 |
| 35 | 02/12/26 | 1580 | Statement of No Position of the Debtor Regarding Amended *Ex Parte* Application by Certain Insurers for Entry of an Order under Bankruptcy Rule 2004 |
| 36 | 02/12/26 | 1581 | The Official Committee of Unsecured Creditors' Opposition to Amended *Ex Parte* Application by Certain Insurers for Entry of an Order under Bankruptcy Rule 2004 |
| 37 | 02/12/26 | 1583 | Joinder of Certain Survivors to the Official Committee of Unsecured Creditors' Opposition to Amended *Ex Parte* Application by Certain Insurers for an Order under Bankruptcy Rule 2004 |
| 38 | 02/12/26 | 1585 | Joinder in the Official Committee of Unsecured Creditors' Opposition to Amended *Ex Parte* Application by Certain Insurers for Entry of an Order under Bankruptcy Rule 2004 |
| 39 | 02/17/26 | 1590 | Order Regarding Hearing on Application by Certain Insurers for Entry of an Order under Rule 2004 |
| 40 | 02/18/26 | 1591 | Reply in Support of *Ex Parte* Application by Certain Insurers for Entry of an Order under Bankruptcy Rule 2004 |

| Designation No. | Filing Date | Docket No. | Description |
|---|---|---|---|
| 41 | 02/19/26 | 1616 | Request to take Judicial Notice |
| 42 | 02/24/26 | 1633 | Continental Casualty Company's Joinder in Amended *Ex Parte* Application by Certain Insurers for Entry of an Order under Bankruptcy Rule 2004 |
| 43 | 02/25/26 | None | MINUTES: Hearing Held. Appearances: Mark Plevin for Century Indemnity Company in The Roman Catholic Archbishop of San Francisco case and for Phoenix Assurance Company in The Roman Catholic Bishop of Santa Rosa case; Paul Pascuzzi for debtor; Jeffrey Schulman Special Insurance Counsel for Debtor; Brittany Michael for The Official Committee of Unsecured Creditors; Jesse Bair Special Insurance Counsel for The Official Committee of Unsecured Creditors; Edwin Caldie for The Official Committee of Unsecured Creditors in the Roman Catholic Bishop of Santa Rosa case; Pedro de la Cerda for Certain Survivor Claimants in the Roman Catholic Bishop of Santa Rosa case, and Pro Se Individual Survivor Claimant John SR-6 Doe in The Roman Catholic Bishop of Santa Rosa case. The matter is taken under advisement and stands submitted. (RE: related document(s) 1569 Amended Motion By Certain Insurers for Entry of an Order Under Bankruptcy Rule 2004). (lp) (Entered: 02/25/2026) |
| 44 | 02/27/26 | 1642 | Order Denying Rule 2004 Application by Certain Insurers |
| 45 | 03/13/26 | 1650 | Notice of Appeal and Statement of Election |
| 45 | 03/13/26 | 1651 | Certain Insurers' Notice of Motion and Motion for Leave (to the Extent Necessary) to Appeal from Order Denying Rule 2004 Application by Certain Insurers; Memorandum of Points and Authorities in Support of Motion |
| 46 | 03/15/26 | 1652 | Certain Insurers' Amended Notice of Motion and Motion for Leave (to the Extent Necessary) to Appeal from Order Denying Rule 2004 Application by Certain Insurers; Memorandum of Points and Authorities in Support of Motion |

**Items from the District Court Docket in *Century Indem. Co. v. The Roman Catholic Archbishop of San Francisco*, Case No. 3:25-cv-08563-RFL (previously 3:25-cv-08563-WHO)**

| Designation No. | Filing Date | Docket No. | Description |
|---|---|---|---|
| 1 | 10/22/2025 | 3 | Insurers' Motion for (i) Stay Pending Appeal and (ii) *Emergency* Interim Stay to Allow the Court to Consider the Motion for a Stay Pending Appeal; Memorandum of Points and Authorities in Support |
| 2 | 10/22/2025 | 7 | Order Denying Request for Emergency Relief and Establishing Expedited Hearing Schedule |
| 3 | 10/27/25 | 11 | Debtor's Opposition to Insurers' Motion for (i) Stay Pending Appeal and (ii) *Emergency* Interim Stay to Allow the Court to Consider the Motion for a Stay Pending Appeal; Memorandum of Points and Authorities in Support |
| 4 | 10/27/25 | 12 | The Official Committee of Unsecured Creditors' Opposition to Insurers' Motion for Stay Pending Appeal and Emergency Interim Stay to Allow the Court to Consider the Insurers' Motion |
| 5 | 10/29/25 | 17 | Insurers' Reply in Support of Motion for Stay Pending Appeal |
| 6 | 10/31/25 | 27 | Minute Entry for proceedings held before Judge William H. Orrick: Motion Hearing held on 10/31/2025 re 3 MOTION to Stay. Motion taken under submission; written order to follow. Total Time in Court: 43 minutes. Court Reporter: Lee-Anne Shortridge. (jmd, COURT STAFF) (Date Filed: 10/31/2025) (Entered: 11/03/2025) |
| 7 | 11/07/2025 | 34 | Order Denying Motion to Stay |
| 8 | 12/02/25 | 60 | Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies' Opening Brief |

| Designation No. | Filing Date | Docket No. | Description |
|---|---|---|---|
| 9 | 12/02/25 | 61 | Opening Brief of Appellants Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company, St. Paul Fire and Marine Insurance Company, Travelers Casualty and Surety Company, and Continental Casualty Company |
| 10 | 12/02/25 | 62 | Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation, and Appalachian Insurance Company's Opening Brief |
| 11 | 12/02/25 | 63 | Appellants Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation, and Appalachian Insurance Company's Opening Brief Exhibits |
| 12 | 12/02/25 | 64 | Appellants Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation, and Appalachian Insurance Company's Request for Judicial Notice |
| 13 | 1/06/26 | 73 | The Official Committee of Unsecured Creditors' Opening Brief |
| 14 | 01/06/26 | 74 | Appellee Official Committee of Unsecured Creditors' Request for Judicial Notice |
| 15 | 01/06/26 | 75 | Response Brief of Appellee the Roman Catholic Archbishop of San Francisco |
| 16 | 01/06/26 | 76 | Response Brief of Appellee the Roman Catholic Archbishop of San Francisco |
| 17 | 02/05/26 | 78 | Notice of Errata Regarding Response of Appellee the Roman Catholic Archbishop of San Francisco |
| 18 | 02/05/26 | 79 | Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies Omnibus Reply Brief |
| 19 | 02/05/26 | 80 | Declaration of Michael Norton in Support of Appellant's Reply Brief |

| Designation No. | Filing Date | Docket No. | Description |
|---|---|---|---|
|  |  |  | filed by Certain London Market Companies and Certain Underwriters at Lloyd's London |
| 20 | 02/05/26 | 82 | Reply in Support of Chicago Insurance Company, Fireman's Fund Insurance Company, Westport Insurance Corporation, and Appalachian Insurance Company's Opening Brief |
| 21 | 02/05/26 | 83 | Reply Brief of Appellants Century Indemnity Company, Pacific Indemnity Company, Westchester Fire Insurance Company, St. Paul Fire and Marine Insurance Company, Travelers Casualty and Surety Company, and Continental Casualty Company |

The foregoing Designation of Record on Appeal is without waiver of any arguments on appeal.  Appellants reserve the right to modify, restate, or supplement the foregoing designations to the fullest extent permitted by the Bankruptcy Code and Rules. Appellants hereby incorporate into the foregoing designations additional docket items identified by other appellants appealing from the Orders.

**Certification Pursuant to Bankruptcy Rule 8009(b)**

Appellants respectfully certify that they have ordered the transcripts of the February 25, 2026 hearing on the Application.

Dated: March 27, 2026                    Respectfully submitted,


By:    /s/ Mark D. Plevin
Mark D. Plevin (State Bar No. 146278)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California  94104
(202) 580-6640
mplevin@plevinturner.com

Miranda H. Turner (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., 2d Floor

Washington, D.C.  20006
(202) 580-6640
mturner@plevinturner.com,
jhess@plevinturner.com

Alexander Potente (State Bar No. 208240)
Jason J. Chorley (State Bar No. 263225)
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California  94111
Telephone:  (415)_365-9800
Email:  alex.potente@clydeco.us,
jason.chorley@clydeco.us

*Attorneys for Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America), Pacific Indemnity Company, and Westchester Fire Insurance Company (as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964)*

Joshua Haevernick (State Bar No. 308380)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California  94612
(415) 882-5000
joshua.haevernick@dentons.com

Patrick C. Maxcy (admitted *pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
(312) 876-8000
patrick.maxcy@dentons.com

Andrew D. Telles Wyatt (State Bar No. 316740)
DENTONS US LLP
4675 MacArthur Court, Suite 1250
Newport Beach, California  92660
(949) 732-3700
andrew.wyatt@dentons.com

*Attorneys for St. Paul Fire and Marine Insurance Company and Travelers Casualty and Surety Company*

Mark D. Plevin (State Bar No. 146278)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California  94104
(202) 580-6640
mplevin@plevinturner.com

Miranda H. Turner (admitted *pro hac vice*)
Jordan A. Hess (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., 2d Floor
Washington, D.C.  20006
(202) 580-6640
mturner@plevinturner.com,
jhess@plevinturner.com

*Attorneys for Continental Casualty Company*


SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet (bcuret@spcclaw.com)
2001 Addison Street, Suite 110
Berkeley, California  94704
(415) 352-6200

LAW OFFICE OF ROBIN D. CRAIG
Robin D. Craig (rdcraig@rcraiglaw.com)
6114 La Salle Ave., No. 517
Oakland, California 94611
(510) 549-3310

PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg (hwinsberg@phrd.com)
Matthew M. Weiss (mweiss@phrd.com)
Matthew G. Roberts (mroberts@phrd.com)
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia  30308
(404) 523-5300

PARKER, HUDSON, RAINER & DOBBS LLP
Todd Jacobs (tjacobs@phrd.com)
John E. Bucheit (jbucheit@phrd.com)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois  60606
(312) 477-3306

*Attorneys for Westport Insurance Corporation f/k/a Employers Reinsurance Corporation*

SKARZYNSKI MARICK & BLACK LLP
Jeff D. Kahane (jkahane@skarzynski.com)
Russell W. Roten (rroten@skarzynski.com)
Nathan Reinhardt (nreinhardt@skarzynski.com)
Timothy Evanston (tevanston@skarzynski.com)
333 South Grand Avenue, Suite 3550
Los Angeles, California  90071
Telephone: (213) 721-0650

CLYDE & CO US LLP
Catalina J. Sugayan (catalina.sugayan@clydeco.us)
30 S. Wacker Drive, Suite 2600
Chicago, Illinois  60606
Telephone: (312) 635-7000

*Attorneys for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies[2]*

PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg (hwinsberg@phrd.com)
Matthew M. Weiss (mweiss@phrd.com)
Matthew G. Roberts (mroberts@phrd.com)
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia  30308
(404) 523-5300

PARKER, HUDSON, RAINER & DOBBS LLP
Todd Jacobs (tjacobs@phrd.com)
John E. Bucheit (jbucheit@phrd.com)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois  60606
(312) 477-3306

ROBINS KAPLAN LLP
Christina M. Lincoln (clincoln@robinskaplan.com)
2121 Avenue of the Stars, Suite 2800

---

[2]    Certain London Market Insurance Companies include Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; and R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.).

Los Angeles, California 90067
(310) 552-0130

ROBINS KAPLAN LLP
Melissa M. D'Alelio (mdalelio@robinskaplan.com)
Taylore E. Karpa Schollard
(tkarpa@robinskaplan.com)
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199
(617) 267-2300

*Attorneys for Appalachian Insurance Company*

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
   WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:      (916) 329-7400
Facsimile:      (916) 329-7435
Email:           ppascuzzi@ffwplaw.com
                      jrios@ffwplaw.com
                      tphinney@ffwplaw.com
                      mkutsuris@ffwplaw.com

Barron L. Weinstein, State Bar No. 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
Email:  barron.weinstein@blankrome.com

Jeffrey L. Schulman NY Bar No. 3903697
BLANK ROME LLP (*Pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5145
Facsimile: (212) 885-5001
Email: jeffrey.schulman@blankrome.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

THE ROMAN CATHOLIC ARCHBISHOP
OF SAN FRANCISCO,

            Debtor and
            Debtor in Possession.

Case No. 23-30564

Chapter 11

**COUNTER-DESIGNATION OF THE
RECORD AND STATEMENT FILED BY
APPELLEE THE ROMAN CATHOLIC
ARCHBISHOP OF SAN FRANCISCO**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee, The Roman Catholic Archbishop of San Francisco (the "Appellee"), hereby files this *Counter-Designation of the Record and Statement* (the "Statement") regarding the appeal from the *Order Denying Rule 2004 Application By Certain Insurers* [ECF No. 1642] (the "Order") filed by Appellants, Century Indemnity Company (as successor to CCI Insurance Company, as successor to Insurance Company of North America), Pacific Indemnity Company, and Westchester Fire Insurance Company (as successor in interest to Industrial Underwriters Insurance Company for policies JU835-8355 and JU895-0964), St. Paul Fire and Marine Insurance Company, Travelers Casualty and Surety

1

Company, Continental Casualty Company, Westport Insurance Corporation f/k/a Employers Reinsurance Corporation, Certain Underwriters at Lloyd's, London, and Certain London Market Insurance Companies, and Appalachian Insurance Company (hereinafter, the "Appellants"). This filing is made without prejudice to the Appellee's right to: (a) supplement the record at a later date, and (b) supplement, amend, respond, and address any issues in its Appellee's responsive brief.

## I.    Statement Regarding the Issues to be Presented on Appeal[1]

Appellee does not present any issues for review and at this time takes no position on the ultimate disposition of the appeal from the Order. This Statement shall not be construed as an admission of any facts, allegations, or issues raised by the Appellant and any other party to this matter.

## II.    Designation of Additional Items to be Included in the Record on Appeal

Appellee designates the following additional items to be included in the record on appeal, including all exhibits, appendices, and/or addenda:

Items from Case No. 23-30564, in the United States Bankruptcy

Court for the Northern District of California, *In re the Roman*

*Catholic Archbishop of San Francisco*

| Item | Date Filed | ECF No. | Description |
|------|-----------|---------|-------------|
| 1 | 03/30/2026 | 1674 | The Roman Catholic Archbishop of San Francisco's Statement of No Position In Response to Certain Insurers' Amended Motion For Leave (To the Extent Necessary) To Appeal From Order Denying Rule 2004 Application By Certain Insurers (*to be transmitted to District Court*) |

Appellee expressly reserves the right to seek supplementation or correction of the record to, *inter alia*, address any mischaracterizations or to provide necessary clarification.

---

[1] Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, the Appellee is not required to file a statement of the issues. For the convenience of the Court and the parties, the Appellee has included this statement regarding the issues to be presented on appeal, but reserves all its rights to supplement, amend, respond, and address any issues in its Appellee's responsive brief, if any.

### III.    Reservation of Rights

Appellee reserves the right to withdraw, supplement, amend or modify this designation of record on appeal.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Dated: April 10, 2026                    FELDERSTEIN FITZGERALD WILLOUGHBY
                                         PASCUZZI & RIOS LLP

                              By:        /s/ Paul J. Pascuzzi
                                         Paul J. Pascuzzi
                                         Jason E. Rios
                                         Attorneys for The Roman Catholic
                                         Archbishop of San Francisco

Dated: April 10, 2026                    BLANK ROME LLP

                              By:        /s/ Barron L. Weinstein
                                         Barron L. Weinstein
                                         Jeffrey L. Schulman (*Pro hac vice*)
                                         Attorneys for The Roman Catholic
                                         Archbishop of San Francisco